UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christina Faye McHugh,            Case No. 3:20-cv-1744

       Plaintiff

v.                              MEMORANDUM OPINION
                                   AND ORDER

Commissioner of Social Security,

       Defendant

Before me is the Report and Recommendation ("R&R") of Magistrate Judge Thomas M. Parker filed on October 8, 2021. (Doc. No. 13). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

Following review of Judge Parker's R & R, I adopt it in its entirety as the Order of the Court. I agree with Judge Parker's conclusion that "the ALJ applied proper legal standards and reached a decision supported by substantial evidence." (Doc. No. 13 at 12). Therefore, the Commissioner's decision is affirmed, and this case is dismissed.

So Ordered.

                                                     s/ Jeffrey J. Helmick
                                                     United States District Judge